**Marie HENRY, as guardian, parent, next of kin, and for and on behalf of M.E. Henry-Robinson, a minor, Plaintiff-Appellant,**

v.

**CITY OF MT. DORA, a municipal corporation and political subdivision of the State of Florida, Brett Livingston, individually and in his official capacity, L. Severance, individually and in her official capacity, Defendants-Appellees.**

No. 15-11351

United States Court of Appeals, Eleventh Circuit.

(May 31, 2017)

Tillman J. Breckenridge, Bailey Glasser LLP, Washington, DC, Jacob Derr, William & Mary School of Law, Williamsburg, VA, for Plaintiff-Appellant

Marie Henry, Pro Se

Cindy Ann Townsend, Michael J. Roper, Bell & Roper, PA, Orlando, FL, for Defendant-Appellee City of Mt. Dora

Michael L. Forte, Rumberger Kirk & Caldwell, PA, Tampa, FL, for Defendants-Appellees Brett Livingston, L. Severance

Before HULL, JULIE CARNES, and BARKSDALE,* Circuit Judges.

* Honorable Rhesa H. Barksdale, United States Circuit Judge for the Fifth Circuit, sitting by

PER CURIAM:

Plaintiff Marie Henry sued the City of Mt. Dora and police officers Brett Livingston and L. Severance on behalf of her minor daughter pursuant to 42 U.S.C. § 1983. Among other things, plaintiff alleged that these officers had arrested her minor daughter without probable cause in violation of the latter's constitutional rights. The officers moved to dismiss these false arrest claims, and the district court granted the motion. Plaintiff has appealed the district court's judgment dismissing these false arrest claims.

Having heard oral argument and carefully reviewed the record, we find no reversible error in the district court's order dismissing plaintiff's § 1983 false arrest claims against the above officers. We therefore **AFFIRM** the district court's order of dismissal.